UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AMANDA HOLLAND,**

      **Plaintiff,**

v.                               Case No.  6:19-cv-945-CEM-GJK

**WESTSIDE SPORTSBAR & LOUNGE, INC. and GARY KIRBY,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Second Motion for Final Judgment of Garnishment (Doc. 105). The United States Magistrate Judge issued a Report and Recommendation (Doc. 107), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 107) is **ADOPTED** and made a part of this Order.

2. The Second Motion for Final Judgment of Garnishment (Doc. 105) is **GRANTED**.

3. The Clerk is directed to enter final garnishment judgment in favor of Plaintiff and against Space Coast Credit Union in the amount of $53.26 for funds held for Westside Sportsbar & Lounge, Inc

4. The Clerk is directed to enter final garnishment judgment in favor of Plaintiff and against Space Coast Credit Union in the amount of $297.70 for funds held for Gary Kirby

**DONE** and **ORDERED** in Orlando, Florida on July 25, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties